IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| **Clearnce Johnson**, # **1186**,       ) | C/A No. 6:06-0236-CMC-WMC |
| ) | |
| Plaintiff,       ) | **OPINION and ORDER** |
| ) | |
| v.       ) | |
| ) | |
| **Simon Major, Jr., and Nurse Satterwhite**,       ) | |
| ) | |
| Defendants.       ) | |
| _____) | |

     Plaintiff, an inmate incarcerated at Sumter-Lee Regional Detention Center, Sumter, South Carolina, proceeding *pro se*, filed this action pursuant to 42 U.S.C. § 1983. Plaintiff claims his constitutional rights have been violated because he has received no action on his complaints about the ant problem in his cell. Plaintiff seeks relief from this court in the form of oversight of the problem and monetary compensation for his pain and suffering in the amount of $3,000,000.

     In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 (B)(2)(d), DSC, this matter was referred to United States Magistrate Judge William M. Catoe for pre-trial proceedings and a Report and Recommendation. On January 30, 2006, the Magistrate Judge issued a Report recommending that this case be dismissed without prejudice and without issuance and service of process. The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the Report and Recommendation and the serious consequences if he failed to do so. Plaintiff has filed no objections and the time for doing so has expired.

     The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *See Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of any portion of the Report and Recommendation of the Magistrate Judge to which

a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b). The court reviews the Report and Recommendation only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.") (citation omitted).

After reviewing the Complaint, the record, and the Report and Recommendation of the Magistrate Judge, the court finds no clear error. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and incorporated by reference.

**IT IS HEREBY ORDERED** that this action is **DISMISSED** *without prejudice and without service of process.*

**IT IS SO ORDERED**.

                                     s/ Cameron McGowan Currie
                                     CAMERON MCGOWAN CURRIE
                                     UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
March 21, 2006